**UNITED STATES DISTRICT JUDGE
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN S. GRABER,** | ) | **CASE NO. 4:04CV1314** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | **Judge John M. Manos** |
| | ) | |
| **DAVID BOBBY,** | ) | |
| | ) | |
| Respondent. | ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the Case No. 4:04CV1314, Docket No. 20, John S. Graber's petition for a writ of habeas corpus is **DENIED**. The Court certifies that an appeal cannot be taken in good faith because Petitioner has not made a substantial showing of the denial of a constitutional right. See Federal Rule of Appellate Procedure 22(b); 28 U.S.C. § 2253(c). The Court also certifies that a motion to proceed *in forma pauperis* on appeal cannot be well taken. See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

**Date: February 9, 2006**       */s/ John M. Manos*
                                  **UNITED STATES DISTRICT JUDGE**